IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LEE ROY WEST, JR.**                                                                **PLAINTIFF**

**VERSUS**                                 **CIVIL ACTION NO. 1:10cv3-HSO-JMR**

**PROGRESSIVE GULF INSURANCE CO.**                         **DEFENDANT**

## FINAL JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned cause is hereby dismissed with prejudice as to all parties.

**SO ORDERED AND ADJUDGED**, this the 3rd day of February, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE